UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPRING MARINE DMCC,
                              Petitioner,

                              24 Civ. 7744 (LGS)

             -against-

                              ORDER

GENERAL OIL COMPANY, INC.,
                             Respondent.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order dated October 16, 2024, required the parties to file a joint letter and proposed case management plan no later than seven days before the initial pretrial conference, which is scheduled for November 6, 2024.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.

    WHEREAS, Petitioner has not filed proof of service on Respondent.  It is hereby

    **ORDERED** that, if Petitioner is in communication with Respondent, the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 13, 2024**.  If Respondent refuses to cooperate in the preparation of the documents, Petitioner shall prepare and file them.  If Petitioner is not in communication with Respondent, no later than **November 13, 2024**, Petitioner shall (1) request further adjournment of the initial pretrial conference and (2) file a status letter regarding its efforts to serve Respondent.  It is further

    **ORDERED** that the initial pretrial conference scheduled for November 6, 2024, is **ADJOURNED** to **November 20, 2024**.

Dated: November 1, 2024
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE