UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X
                                                          :
SPRING MARINE DMCC,                                       :
                                    Petitioner,           :
                                                          :          24 Civ. 7744 (LGS)
              -against-                                    :
                                                          :                 ORDER
GENERAL OIL COMPANY, INC.,                                :
                                    Respondent.           :
----------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on November 13, 2024, Petitioner obtained a Clerk's Certificate of Default as to Respondent.

      WHEREAS, on January 10, 2025, Petitioner filed its default judgment materials as to Respondent.

      WHEREAS, a hearing to show cause as to why a default judgment should not be entered against Respondent was held on February 5, 2025.

      WHEREAS, Respondent did not appear at the February 5, 2025, show cause hearing.  It is hereby

      **ORDERED** that, by **February 12, 2025**, Petitioner shall file a proposed default judgment order pursuant to Local Civil Rule 55.2.

Dated: February 5, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE