UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SPRING MARINE DMCC,

                                  Petitioner,

                             -against-

GENERAL OIL COMPANY, INC.,

                                Respondent.
------------------------------------------------------------X

24 Civ. 7744 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated March 18, 2025, granted default judgment on Petitioner's petition to compel arbitration and directed the parties to file a letter regarding the status of arbitration every sixty day.

      WHEREAS, the parties failed to file their status letter. It is hereby

      **ORDERED** that, by **August 1, 2025**, the parties shall file the status letter.

Dated: July 29, 2025
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE