UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

SPRING MARINE DMCC,                     :        24 Civ. 7744 (LGS)
                                        :
                    Petitioner,         :        By **March 16, 2026**, Petitioner shall file proof of service of
                                        :        the Petition and supporting documents on Respondent.
         - against -                    :
                                        :        Dated: March 13, 2026
GENERAL OIL CO. INC.,                   :            New York, New York
                                        :
                    Respondent.         :                                LORNA G. SCHOFIELD
--------------------------------------------------------X                 UNITED STATES DISTRICT JUDGE

### NOTICE OF PETITION TO CONFIRM FINAL AWARD

**PLEASE TAKE NOTICE** that, upon the Petition to Confirm filed by Spring Marine DMCC ("Petitioner") dated March 12, 2026, along with the Declaration of Kevin J. Lennon, and the exhibits attached thereto, and the Memorandum of Law in support thereof, Petitioner hereby moves this Court for an Order and Judgment, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 9-10 (the "FAA"), confirming the Final Award in Petitioner's favor and against the Respondent, General Oil Co. Inc. ("Respondent") as reflected in arbitration award dated September 8, 2025 (the "Final Award") in the arbitration captioned *Spring Marine DMCC, Claimant and General Oil Co., Inc., Respondent,* and awarding to the Petitioner such other and further relief as the Court may deem just and proper in the circumstances.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Court's Order (ECF 37) that Respondent shall file any opposition by April 3, 2026. If Respondent files an opposition, Petitioner shall file any reply by April 17, 2026.

Dated:  March 12, 2026
New York, New York

Respectfully submitted,
Spring Marine DMCC

By: _____
Kevin J. Lennon, Esq.
Patrick F. Lennon, Esq.

LENNON MURPHY & PHILLIPS, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, NY 10170
Ph.      (212) 490-6050
Fax:    (212) 490-6070
Email: kjl@lmplaw.net
pfl@lmplaw.net

2