**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

SPRING MARINE DMCC,

Petitioner,

-against-

GENERAL OIL CO. INC.,

Respondent.

-----------------------------------------------------------------X

24 **CIVIL** 7744 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 20, 2026, the motion to confirm and enforce the Award is GRANTED in part and DENIED in part: (1) Petitioner is awarded $251,077.84 pursuant to the Award. (2) Petitioner is awarded post-Award, pre-judgment interest at 7.68% per annum accruing from October 8, 2025 (thirty days after the date of the Award) through the date judgment is entered in the amount of $20,075.22. The Award's grant of post-Award, pre-judgment interest at a rate of 2% per month, accruing thirty days from the date of the Award, is rejected. (3) Petitioner is also awarded post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961, accruing from the date judgment is entered until payment is made.

**Dated**: New York, New York
October 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Dubl

**Deputy Clerk**