UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPRING MARINE DMCC, Petitioner, -against- GENERAL OIL CO. INC., Respondent. | 24 Civ. 7744 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Opinion & Order ("Opinion") issued on October 20, 2026, granted in part and denied in part Petitioner's motion to confirm and enforce a final arbitral award against Respondent.

WHEREAS, the Opinion directed Petitioner to file proof of service of the Opinion on Respondent by October 26, 2026.

WHEREAS, on November 4, 2026, Petitioner filed the declaration of Patrick Lennon.

WHEREAS, Mr. Lennon attested that a copy of the Opinion was successfully delivered via FedEx at the office of Petitioner. The declaration states that a copy of the FedEx shipping record and delivery confirmation is attached as Exhibit B to the declaration.

WHEREAS, no Exhibit B is attached to the declaration.

WHEREAS, Mr. Lennon further attested that Petitioner attempted to serve the Opinion on Respondent through the office of the Florida Secretary of State, but the submission was rejected for technical reasons. Mr. Lennon further attested that his office intended to correct the deficiencies with the submission. It is hereby

**ORDERED**, that, by **November 20, 2026**, Petitioner shall file the above-referenced FedEx shipping record and delivery confirmation. Petitioner shall also submit a declaration confirming whether service of the Opinion on Respondent has been effectuated through the office of the Florida Secretary of State.

Dated: November 17, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**